Issued by the
# UNITED STATES DISTRICT COURT

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

Kankakee Affiliated Physicians, Inc.
V.
Parmenter O'Toole, PLLC and Philip M. Stoffan

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] 1:06-cv-0805
Western District of Michigan

CDIL NO. 07-mc-2075

TO:  Shari Dilday - Orthopedic Associates of Kankakee, Inc.
     400 S. Kennedy Drive, Suite 100
     Bradley, IL 60915

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Ackerman, Marek Meyer & Boyd<br>1 Dearborn Square, Suite 400<br>Kankakee, IL 60901 | November 9, 2007 at 10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

**SEE ATTACHED**

| PLACE | DATE AND TIME |
|---|---|
| Ackerman Marek Meyer & Boyd, 1 Dearborn Square, Suite 400<br>Kanakakee, IL 60901 | November 9, 2007 at 10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

s/ John M. Waters                                    FF OR DEFENDANT)  DATE

_____                            10/25/07
CLERK
s/ V. Ball
_____
(By) DEPUTY CLERK

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 12/06) Subpoena in a Civil Case

## ATTACHMENT TO DEPOSITION SUBPOENA

PRODUCE:

    1.    Any document or thing in your possession relating in any way to Kankakee Affiliated Physicians, Inc.

    2.    Any document or thing in your possession relating in any way to Philip M. Stoffan or Parmenter O'Toole, PLLC.

    3.    Any electronically stored information relating in any way to Kankakee Affiliated Physicians, Inc.

    4.    Any electronically stored information regarding Philip M. Stoffan or Parmenter O'Toole, PLLC.